UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **RAYNALDO SAMPY** | * | **CIVIL ACTION NO.: 24-CV-0169** |
| | * | |
| **VERSUS** | * | **JUDGE:  ROBERT R. SUMMERHAYS** |
| | * | |
| **BORNE WILKES AND RABALAIS, L.L.C.** | * | **MAGISTRATE JUDGE:  CAROL B. WHITEHURST** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT'S RULE 12 MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Defendant, BORNE WILKES AND RABALAIS, LLC, who, pursuant to Rule 12(b)(5) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the claims of the plaintiff, RAYNALDO SAMPY, against the defendant due to the plaintiff's insufficient service of process and failure to state a claim on which relief can be granted. The basis for this Motion is more fully set forth in the attached Memorandum, the same as if copied herein in extenso.

WHEREFORE, for the foregoing reasons, defendant, BORNE WILKES AND RABALAIS, LLC, prays that this Motion be granted and all claims against defendant be dismissed with prejudice at plaintiff's cost.

1

Respectfully submitted,

MAHTOOK & LAFLEUR, L.L.C.

*/s/ Kay A. Theunissen*
KAY A. THEUNISSEN #17448
MAILING ADDRESS:
Post Office Box 3089
Lafayette, Louisiana 70502
PHYSICAL ADDRESS:
600 Jefferson Street
Suite 1000
Lafayette, Louisiana 70501
TEL:  (337)266-2189
FAX: (337)266-2303
Email:  ktheunissen@mandllaw.com
Attorney for Defendant, Borne Wilkes and Rabalais, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

(  ) Hand Delivery          (  ) Prepaid U.S. Mail

(  ) Facsimile               (  ) Federal Express

(  ) Electronic Mail         ( X ) CM/ECF Court Filing System

Lafayette, Louisiana this 17th day of April, 2024

*/s/ Kay A. Theunissen*
KAY A. THEUNISSEN

2