UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **RAYNALDO SAMPY** | * | **CIVIL ACTION NO.: 24-CV-0169** |
| | * | |
| **VERSUS** | * | **JUDGE: ROBERT R. SUMMERHAYS** |
| | * | |
| **BORNE WILKES AND RABALAIS, L.L.C.** | * | **MAGISTRATE JUDGE: CAROL B. WHITEHURST** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the above and foregoing Rule 12 Motion to Dismiss of Defendant, Borne Wilkes and Rabalais, LLC:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Rule 12 Motion to Dismiss of the Defendant is hereby GRANTED.

THUS DONE AND SIGNED at Lafayette, Louisiana on this _____ day of April, 2024.

_____
HON. ROBERT R. SUMMERHAYS
U.S. DISTRICT JUDGE

1