# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **RAYNALDO MARKEITH SAMPY, JR.** | **CIVIL DOCKET: 6:24-CV-00169** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BORNE WILKES RABALAIS LLC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 13] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Borne, Wilkes, Rabalais, LLC's MOTION TO DISMISS [Doc. 7] is GRANTED and Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's MOTION FOR LEAVE TO AMEND COMPLAINT [Doc. 9] is DENIED.

THUS DONE AND SIGNED in Chambers on this 31st day of May 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE